IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REBECCA A. GLEN                                                                                          PLAINTIFF

V.                                              2:16CV2284

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, et al                                                                DEFENDANT

## CLERK'S ORDER OF DISMISSAL PER STIPULATION

The parties have filed a Joint Stipulation of Dismissal (document #12) pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

IT IS ORDERED that The American Institute of Certified Public Accountants , AICPA Insurance Trust, AICPA Insurance Long Term Disability Income Plan, and Affinity Insurance Services, Inc., D/B/A AON Insurance Services are hereby dismissed without prejudice.

                                                                                    AT THE DIRECTION OF THE COURT
                                                                                    DOUGLAS F. YOUNG, CLERK


                                                                                    By: /s/ Laura L. Wolfe
                                                                                            Deputy Clerk