IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

Rebecca A. Glenn                                                                                         PLAINTIFF

V.                                           2:16-CV-02284

The Prudential Insurance Company of America                                        DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The parties have filed a Stipulation of Dismissal (document #23) pursuant to Rule 41(a)(1)(a)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that the plaintiff's complaint is hereby dismissed with prejudice.

AT THE DIRECTION OF THE COURT
DOUGLAS F. YOUNG, CLERK

By: /s/ Michelle J. McEntire
       Deputy Clerk